**FEDERAL DEPOSIT INSURANCE CORPORATION, a Corporation created by Act of Congress, as Receiver of the Bank of Malone, Malone, Florida, v. L. H. BEALL and MARIETTA "TOT" BEALL, husband and wife.**

19 So. (2nd) 54                                June Term, 1944
July 14, 1944                                  Division B
Petition for Rehearing August 1, 1944

*Caldwell & Parker, Millard F. Caldwell, Julius F. Parker, Leo L. Foster, James M. Kane* (Chicago, Ill.) *Francis C. Brown,* (Washington, D. C.) and *Arthur C. Bernard* (Chicago, Ill.) for appellant.

*James N. Daniel,* for appellees.

PER CURIAM:

Decree Affirmed:

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.